# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17–28586–VFP
        Chapter:  7
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   GLORIA KIERNAN
   2916 BERGENLINE AVE
   Union City, NJ 07087

Social Security No.:
   xxx–xx–4770

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/29/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 29, 2017
JAN: dmc

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                             Case No. 17-28586-VFP
GLORIA KIERNAN                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Sep 29, 2017
                              Form ID: 148             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
db            +GLORIA KIERNAN,    2916 BERGENLINE AVE,    Union City, NJ 07087-3815
517064643     +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
517064647     +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
517064648     +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
517064649     +Citibank/Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Bopx 790040,
                Saint Louis, MO 63179-0040
517064653     +Emigrant Mortgage Co,    5 E 42nd St,    New York, NY 10017-6904
517064656     +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
517064659     +Riverside National Ban,    Po Box 1377,    Lewiston, ME 04243-1377
517064660     +Seterus Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
517064661     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517064674    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD 21701)
517064675      Wffnb/rooms To Go,    Wffnb Card Services,    Po Box 51193,    Las Vegas, NV 89193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2017 23:25:52      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2017 23:25:50      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517064639     +EDI: AMEREXPR.COM Sep 29 2017 22:58:00      Amex,    Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
517064640     +EDI: BANKAMER.COM Sep 29 2017 22:58:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
517064641     +EDI: TSYS2.COM Sep 29 2017 22:58:00      Barclays Bank Delaware,    100 S West St,
                Wilmington, DE 19801-5015
517064644     +EDI: CHASE.COM Sep 29 2017 22:58:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                Wilmington, DE 19850-5298
517064645     +EDI: CHASE.COM Sep 29 2017 22:58:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517064646     +EDI: CHASE.COM Sep 29 2017 22:58:00      Chase Card Services,    Correspondence Dept,
                Po Box 15278,    Wilmington, DE 19850-5278
517064650     +EDI: DISCOVER.COM Sep 29 2017 22:58:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517064654     +EDI: HY11.COM Sep 29 2017 22:58:00      Hyundai Finc,    Attn: Bankruptcy,    Po Box 20809,
                Fountain City, CA 92728-0809
517064655     +EDI: CBSKOHLS.COM Sep 29 2017 22:58:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                Milwaukee, WI 53201-3043
517064657     +E-mail/Text: bkdepartment@rtresolutions.com Sep 29 2017 23:26:11      Real Time Resolutions,
                Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517064662     +EDI: STF1.COM Sep 29 2017 22:58:00      Suntrust Bank,    Attn:Bankruptcy Dept,
                Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092
517064664     +EDI: STF1.COM Sep 29 2017 22:58:00      Suntrust Bk,    Attn: Bankruptcy Dept,
                Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092
517064667     +EDI: RMSC.COM Sep 29 2017 22:58:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
517064666     +EDI: RMSC.COM Sep 29 2017 22:58:00      Syncb/bassett Furnitur,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
517064668     +EDI: RMSC.COM Sep 29 2017 22:58:00      Syncb/syncbc,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
517064669     +EDI: RMSC.COM Sep 29 2017 22:58:00      Synchrony Bank,    Po Box 965060,
                Orlando, FL 32896-5060
517064670     +EDI: RMSC.COM Sep 29 2017 22:58:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
517064671     +EDI: RMSC.COM Sep 29 2017 22:58:00      Synchrony Bank/PC Richards & Sons,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
517064672     +EDI: RMSC.COM Sep 29 2017 22:58:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
                Orlando, FL 32896-5060
517064673     +EDI: WTRRNBANK.COM Sep 29 2017 22:58:00      Target,    C/O Financial & Retail Srvs,
                Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517064642*    +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517064651*    +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
517064652*    +Discover Financial,    Po Box 3025,    New Albany, OH 43054-3025
517064658*    +Real Time Resolutions,    Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517064663*    +Suntrust Bank,    Attn:Bankruptcy Dept,    Po Box 85092 Mc Va-Wmrk-7952,
                Richmond, VA 23285-5092
517064665*    +Suntrust Bk,    Attn: Bankruptcy Dept,    Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092
                                                                                   TOTALS: 0, * 6, ## 0

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Sep 29, 2017
                              Form ID: 148             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:

        Anthony F. Sarsano    on behalf of Debtor GLORIA KIERNAN anthonyfsarsano@yahoo.com
        Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com, gdelmonaco@mdmc-law.com
        Rebecca Ann Solarz    on behalf of Creditor  The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities, Bear Stearns ALT-A Trust, Mortgage rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                   TOTAL: 4